## NOT DESIGNATED FOR PUBLICATION

### STATE OF LOUISIANA
### COURT OF APPEAL, THIRD CIRCUIT

### CA 03-924


**RODERICK PRESIDENT**

**VERSUS**

**RANDY PRENTICE AND DR. PACHECO, ET AL.**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2003-4548-B
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


### BILLY HOWARD EZELL
### JUDGE

\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**


**Roderick President**
**AVC, Cajun 1, A-2**
**1630 Prison Road**
**Cottonport, LA 71327**
**(318) 876-2891**
**Plaintiff/Appellant**

**Randy Prentice**
**Dr. Pacheco**
**Warden's Office**
**1630 Prison Road**
**Cottonport, LA 71327**
**(318) 876-2891**
**Counsel for: Defendants/Appellees**
**Randy Prentice**